Closed

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FACTORY MUTUAL INSURANCE COMPANY, Successor in Interest to Arkwright Mutual Insurance Company, as Subrogee of Rouge Steel Company,

    Plaintiff,

v

FORD MOTOR COMPANY,

    Defendant

Case No : 00 CH 71308
The Honorable George E Woods
Magistrate Judge Carlson

FILED 2000 JUN 12 A 10:31
U.S DIST COURT CLERK
EAST DIST. MICH
DETROIT

| | |
|---|---|
| Robert M Kalec (P38677)<br>DEAN & FULKERSON, P C.<br>801 West Big Beaver Road - Fifth Floor<br>Troy, MI 48084-4767<br>(248) 362-1300 phone<br>(248) 362-1358 fax | John E S Scott<br>DICKINSON WRIGHT PLLC<br>500 Woodward Ave , Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500 phone<br>(313) 223-3598 fax |
| Richard B Allyn<br>Terrence R Joy<br>Robert J Gilbertson<br>ROBINS, KAPLAN, MILLER & CIRESI L L P.<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>(612) 349-8500 phone<br>(612) 339-4181 fax | Mark E Newell<br>LATHAM & WATKINS<br>1001 Pennsylvania Avenue, N W , Ste 1300<br>Washington, DC 20004-2505<br>(202) 637-2200 phone<br>(202) 637-2201 fax |
| Attorneys for Plaintiff | Mary Rose Alexander<br>LATHAM & WATKINS<br>Sears Tower Suite 5800<br>Chicago, IL 60606<br>(312) 876-7700 phone<br>(312) 993-9767 fax<br><br>Attorneys for Defendant |

DEAN & FULKERSON
ATTORNEYS AND COUNSELORS
PROFESSIONAL CORPORATION
FIFTH FLOOR
801 WEST BIG BEAVER ROAD
TROY, MICHIGAN 48084-4767
(248) 362 1300

# NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

TO    Defendant Ford Motor Company and its counsel, John E S Scott, Dickinson Wright PLLC, 500 Woodward Avenue, Suite 4000, Detroit, Michigan, 48226, Mark E Newell, Latham & Watkins, 1001 Pennsylvania Avenue N.W., Suite 1300, Washington D C , 20004-2505; and Mary Rose Alexander, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois, 60606

PLEASE TAKE NOTICE that pursuant to Fed R. Civ. P. 41(a)(1) plaintiff Factory Mutual Insurance Company, successor in interest to Arkwright Mutual Insurance Company, as Subrogee of Rouge Steel Company, hereby voluntarily dismisses the above-captioned matter without prejudice, since defendant has not served an Answer or summary judgment motion to any of the causes of action filed by plaintiff in its Complaint  Such voluntary dismissal is as a consequence of the action filed on June 1, 2000, entitled <u>Ford Motor Company v Factory Mutual Insurance Company, et al</u>, (Court File No 00-017730 CK) in Wayne County Circuit Court, arising out of the same February 1, 1999 explosion

Dated this 12th day of June, 2000

Respectfully submitted,

**DEAN & FULKERSON, P.C.**

*Robert M. Kalec / ft*

ROBERT M. KALEC    (P38677)
801 West Big Beaver Road - Suite 500
Troy, MI 48084-4767
(248) 362-1300  phone
(248) 362-1358  fax

And

Richard B Allyn
Terrence R Joy
Robert J Gilbertson
ROBINS, KAPLAN, MILLER & CIRESI L L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500 phone
(612) 339-4181 fax

ATTORNEYS FOR PLAINTIFF
FACTORY MUTUAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I, Linda Cunningham hereby certify that on June 12, 2000, I caused copies of the foregoing Notice of Dismissal Pursuant to Rule 41(a)(1) to be served by facsimile and U S Mail, postage prepaid, upon.

John E S Scott
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3500 phone
(313) 223-3598 fax

Mark E. Newell
LATHAM & WATKINS
1001 Pennsylvania Avenue, N W , Suite 1300
Washington, DC 20004-2505
(202) 637-2200 phone
(202) 637-2201 fax

Mary Rose Alexander
LATHAM & WATKINS
Sears Tower Suite 5800
Chicago, IL 60606
(312) 876-7700 phone
(312) 993-9767 fax

*[signature: Linda Cunningham]*